UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ROBERT E. CHARRON, DENISE CHARRON and MARK LAURANGE, | STIPULATION OF DISCONTINUANCE |
| Plaintiffs, | |
| -against- | Case No.: 12-cv-1345 (FJS/TWD) |
| DAVID W. HARRISON, JR., SHERIFF OF COLUMBIA COUNTY; JOHN DOE; RICHARD ROE; ANGELO NERO; COLUMBIA COUNTY FAIR; NELSON R. ALFORD, JR., ; and COLUMBIA COUNTY AGRICULTURAL SOCIETY, | *Jury Trial Demanded* |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and on the merits, without costs to any party as against any other.

OLIVER LAW OFFICE

_Lewis B. Oliver, Jr._ 10/9/13
Lewis B. Oliver, Jr., Esq.
*Attorneys for Plaintiffs*
156 Madison Avenue
Albany, NY 12202

EPSTEIN & RAYHILL

_____
David M. Heller, Esq.
*Attorney for Defendants Angelo Nero,
Columbia County Fair, Delson R. Alford, Jr.
and Columbia County Agricultural Society*
565 Taxter Road
Suite 275
Elmsford, NY 10523

GOLDBERG SEGALLA, LLP

Jonathan M. Bernstein, Esq.
*Attorneys for Defendant, David W. Harrison,
Jr., Sheriff of Columbia County*
8 Southwoods Boulevard, Suite 300
Albany, NY 12211

SO ORDERED! _____  Dated: 10/17/2013
Hon. Frederick J. Scullin, Jr.

244439